Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

   Plaintiff,

  vs.

VINH HANG RESTAURANT CORP. dba
PHO VINH; KAITLIN NGAN NGUYEN dba
PHO VINH, INC.; STEPHEN TODD COHN;
GARY DAVID COHN; LORI ARKIN;

   Defendants.

No.   3:19-cv-06700-CRB

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

   Notice is hereby given that Plaintiff Gerardo Hernandez ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including May 22, 2020 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: February 21, 2020    MOORE LAW FIRM, P.C.

            */s/ Tanya E. Moore*
            Tanya E. Moore
            Attorney for Plaintiff,
            Gerardo Hernandez