Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No. 3:19-cv-06700-CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| VINH HANG RESTAURANT CORP. dba PHO VINH; KAITLIN NGAN NGUYEN dba PHO VINH, INC.; STEPHEN TODD COHN; GARY DAVID COHN; LORI ARKIN; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Vinh Hang Restaurant Corp. dba Pho Vinh; Kaitlin Ngan Nguyen dba Pho Vinh, Inc.; Stephen Todd Cohn; Gary David Cohn; and Lori Arkin, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: May 12, 2020						MOORE LAW FIRM, P.C.

								*/s/ Tanya E. Moore*
								Tanya E. Moore
								Attorney for Plaintiff,
								Gerardo Hernandez

Dated: May 12, 2020						Law Office of Rick Morin, PC

								*/s/ Richard Morin*
								Richard Morin
								Attorney for Defendants,
								Vinh Hang Restaurant Corp. dba Pho Vinh; Kaitlin Ngan Nguyen dba Pho Vinh, Inc.; Stephen Todd Cohn; Gary David Cohn; and Lori Arkin

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

								*/s/ Tanya E. Moore*
								Tanya E. Moore
								Attorney for Plaintiff,
								Gerardo Hernandez